

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

Ex. 1

*303 Marconi Boulevard*
*Suite 200*
*Columbus, Ohio 43215*

*(614) 469-5715*
*(614) 469-5653*

July 9, 2009

Mr. David Walden,
Federal Probation Officer
85 Marconi Blvd.
Columbus, OH 43215

Re: United States v. Bistline

Dear David:

As we discussed some weeks ago, you have been gathering additional information which was not in the initial pre-sentence report. I was hoping that you would provide those updates before the final report. For example, you had little information about Mr. Bistline's wife's medical issues and had not yet done a home visit and had not spoken with all of his children..

Also, as we discussed, there is a major inaccuracy in the description of the type of material (child pornography) possessed by defendant. (PSIR ¶ 14). As you will recall, you did not review any of the movies he had. It took me a while to be able to re-install that material on a computer and review it. There are more than 50 videos of varying lengths. A very few were less than a minute long, but most were 3 minutes long and longer. Several were 15 minutes to 20 minutes long. The names are as set forth in the attached document from the forensic report. Many of the names are quite explicit. In most cases, the material in the video matches the description; although, there are some where the content is not at all consistent with the name.

The content includes rape of pre-pubescent girls and many include sexual contact between adults and children between age 6 to 13 year olds. At least one involved sexual acts between boys ages approximately 7 and 11 and many involved sexually explicit content between young girls. One 20 minute video involved bestiality.

I am assuming that the inaccuracy in the description of the images impacted your sentencing recommendation. Hopefully, this additional information will result in a sentencing recommendation more in line with sentences of other similarly situated defendants.

I have not yet received the actual names of the victims from the Florida agent, but hope to get that next week. If there are victim statements on file, I will provide the statements as I am obligated to do so.

Finally, your work history for Mr. Bistline was somewhat limited. I am attaching a copy of his resume. Of concern is his education as a teacher, then his limited time spent teaching. In child pornography cases, it is of greater concern when the defendant spent time working with children. Given the fact that Mr. Bistline left teaching after only seven years and never returned to it, it seems important to check with that school system regarding the circumstances under which Mr. Bistline left. Your initial report indicated that verification of employment with various employers was pending so perhaps you already have that information.

Please call if you have any questions.

Very truly yours,

GREGORY G. LOCKHART
United States Attorney

DEBORAH A. SOLOVE
Assistant United States Attorney

cc: Jonathon Tyack, Attorney for defendant

Bookmarks

## Medicines

**Name** Medicines that I am taking on a per day basis.doc
**File Ext** doc
**Description** File, Archive
**Entry Modified** 12/28/05 09:27:05AM
**Last Accessed** 08/25/07 03:47:16PM
**File Created** 12/28/05 09:27:04AM
**Full Path** OhiolGeneric built tower 120GB HDD\C\Documents and Settings\Richard\My Documents \Medicines that I am taking on a per day basis.doc

Medicines that I am taking on a per day basis.doc

## Movies

553) Ohio\Generic built tower 120GB HDD\C\Documents and Settings\Richard\Incomplete\T-84813884-Hussyfan pthc - Dad & Daughter 3 0001 sample 3, rare !!! NEW PTHC DivX.avi

T-84813884-Hussyfan pthc - Dad & Daughter 3 0001 sample 3, rare !!! NEW PTHC DivX.avi

554) Ohio\Generic built tower 120GB HDD\C\Documents and Settings\Richard\Incomplete\Preview-T-84813884-Hussyfan pthc - Dad & Daughter 3 0001 sample 3, rare !!! NEW PTHC DivX.avi

Preview-T-84813884-Hussyfan pthc - Dad & Daughter 3 0001 sample 3, rare !!! NEW PTHC DivX.avi

555) Ohio\Generic built tower 120GB HDD\C\Documents and Settings\Richard\Incomplete\T-10801228-Pedofilia Caseira Linda Galinha 15 Anos - Flagras Big Brother - Bbb - Sexo Hacker Putaria Kids Pedofilia Incestos Mae Filha Estupro Sexo Anal Transas Bucetas.avi

T-10801228-Pedofilia Caseira Linda Galinha 15 Anos - Flagras Big Brother - Bbb - Sexo Hacker Putaria Kids Pedofilia Incestos Mae Filha Estupro Sexo Anal Transas Bucetas.avi

556) Ohio\Generic built tower 120GB HDD\C\Documents and Settings\Richard\Incomplete\Preview-T-14248440-Sister & brother real incest-Skinny Puppy's home made porn ahhh the highschool daze (part 8).mpg

Preview-T-14248440-Sister & brother real incest-Skinny Puppy's home made porn ahhh the highschool daze (part 8).mpg

557) Ohio\Generic built tower 120GB HDD\C\Documents and Settings\Richard\Incomplete\Preview-T-99078532-PTHC - New 2007 - PUNCKET.mpg

Preview-T-99078532-PTHC - New 2007 - PUNCKET.mpg

Bookmarks

558) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-94949348-(Hussyfan) (pthc) (r@ygold) (babyshivid) BEST! Little 6yo and dad.mpg

Preview-T-94949348-(Hussyfan) (pthc) (r@ygold) (babyshivid) BEST! Little 6yo and dad.mpg

559) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-116172696-pthc-Dutch Kingpass _____ Dream fuck.mpg

Preview-T-116172696-pthc-Dutch Kingpass _____ Dream fuck.mpg

560) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-48750620- little girls mix (lolitas-preteens-reelkiddymov-r@ygold-hussyfans-underage-girls-children-pedofilia-pthc-plsc-xxx-sexy).mpeg

Preview-T-48750620- little girls mix (lolitas-preteens-reelkiddymov-r@ygold-hussyfans-underage-girls-children-pedofilia-pthc-plsc-xxx-sexy).mpeg

561) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-121322096-pvc-Mikey12-with older friend part 2 kdv rbv pjk r# s00 hmv brn gerbys preteen boys boy sex starskysh yamad fuck pthc crimea kingpass p101 zz fkk.mpg

Preview-T-121322096-pvc-Mikey12-with older friend part 2 kdv rbv pjk r# s00 hmv brn gerbys preteen boys boy sex starskysh yamad fuck pthc crimea kingpass p101 zz fkk.mpg

562) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-83222528-Best incest about 14yo cute pigtail german lolita tiny puffies, hairless coochie lots of posiitions(r@ygold underage pedo).mpg

Preview-T-83222528-Best incest about 14yo cute pigtail german lolita tiny puffies, hairless coochie lots of posiitions(r@ygold underage pedo).mpg

563) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-133141115-Pedofilia Missy 9yr gives dad blowjob and swallows cum child lolita pedo facial porn kiddy swallow(1).mpg

Preview-T-133141115-Pedofilia Missy 9yr gives dad blowjob and swallows cum child lolita pedo facial porn kiddy swallow(1).mpg

564) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-40523588-(Pthc) Kelly - 7Yo Backyard Fuck (New 0607) - 3m51s.mpg

Preview-T-40523588-(Pthc) Kelly - 7Yo Backyard Fuck (New 0607) - 3m51s.mpg

Bookmarks

565) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-438836873-(Pthc) (Hussyfan) (Kingpass) (Vicky) (Lordoftherlng) (Moscow) (Liliuplanet) (Nablot) (St Petersburg) (R@Ygold) (Babyshivid) Rca2(1).mpg

Preview-T-438836873-(Pthc) (Hussyfan) (Kingpass) (Vicky) (Lordoftherlng) (Moscow) (Liliuplanet) (Nablot) (St Petersburg) (R@Ygold) (Babyshivid) Rca2(1).mpg

566) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-96440342-Vicky beginning Pedo Child Porno Lolita.mpg

Preview-T-96440342-Vicky beginning Pedo Child Porno Lolita.mpg

567) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-61943812-r@ygold - pedo - 13yo brother fucks 11yo sister and sperm inside 61 943 812.mpg

Preview-T-61943812-r@ygold - pedo - 13yo brother fucks 11yo sister and sperm inside 61 943 812.mpg

568) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-112774436-!!!New!!! (Pthc) nina (7yo bj).mpg

Preview-T-112774436-!!!New!!! (Pthc) nina (7yo bj).mpg

569) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-122155679-PTHC Incest pedo - Mom fondles son.mpg

Preview-T-122155679-PTHC Incest pedo - Mom fondles son.mpg

570) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-124791828-kdv rbv Crimea (11m55s) - pthc awsome.mpg

Preview-T-124791828-kdv rbv Crimea (11m55s) - pthc awsome.mpg

571) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-18508336-W15 hidden cam real (spycam) young preteen 11yo virgin school girl masturbation home clip 3 tgp.mpg

Preview-T-18508336-W15 hidden cam real (spycam) young preteen 11yo virgin school girl masturbation home clip 3 tgp.mpg

572) Ohio\Generic built tower 120GB HDD\C\Recovered Fold Bd-Company-Nadia.mpg

Preview-T-219448804-PTSC-Bd-Company-Nadia.mpg

573) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-610984442-PTHC 6 -

Bookmarks

Father Daughter - Drunk Dad.mpg

Preview-T-610984442-PTHC 6 - Father Daughter - Drunk Dad.mpg

574) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-146203201-Two 7, 8 Yr. Old Girls Gives Hand-Job To Man, Kiss Tits...Kid-Dee & Desi-Young Little Kiddy Childs -NOBULL_ 2 naked midteen girls affectionate, yg man has bit part few sec 1.4.mpeg

Preview-T-146203201-Two 7, 8 Yr. Old Girls Gives Hand-Job To Man, Kiss Tits...Kid-Dee & Desi-Young Little Kiddy Childs -NOBULL_ 2 naked midteen girls affectionate, yg man has bit part few sec 1.4.mpeg

575) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-568560834-I New! (Pthc) Laura4.mpg

Preview-T-568560834-I New!! (Pthc) Laura4.mpg

576) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-949493439-(Hussyfan) (pthc) (r@ygold) (babyshivid) BEST! Little 6yo and dad.mpg

Preview-T-949493439-(Hussyfan) (pthc) (r@ygold) (babyshivid) BEST! Little 6yo and dad.mpg

577) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-487560620- little girls mix (lolitas-preteens-reelkiddymov-r@ygold-hussyfans-underage-girls-children-pedofilia-pthc-ptsc-xxx-sexy).mpeg

Preview-T-487560620- little girls mix (lolitas-preteens-reelkiddymov-r@ygold-hussyfans-underage-girls-children-pedofilia-pthc-ptsc-xxx-sexy).mpeg

578) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-133141115-Pedofilia Missy 9yr gives dad blowjob and swallows cum child lolita pedo facial porn kiddy swallow(1).mpg

Preview-T-133141115-Pedofilia Missy 9yr gives dad blowjob and swallows cum child lolita pedo facial porn kiddy swallow(1).mpg

579) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-28313051-pedo - 11 year old kids having sex.mpg

Preview-T-28313051-pedo - 11 year old kids having sex.mpg

580) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-216227844-Inzest-r@ygold reelkiddymov pedo underage preteen - 24 min.mpg

Preview-T-216227844-Inzest-r@ygold reelkiddymov pedo underage preteen - 24 min.mpg

581) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-236434253-(pthc) Open-f49-(8Yr Old Girl 12Yr Old Boy-Gebr.mpg

Preview-T-236434253-(pthc) Open-f49-(8Yr Old Girl 12Yr Old Boy-Gebr.mpg

582) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-45620923-Vicky willing bed rape pthc 11yo kdquality.mpg

Preview-T-45620923-Vicky willing bed rape pthc 11yo kdquality.mpg

583) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-262590468-12yr old PUEBLA MEXICANA girl_pthc pedo naked fuck_25.42(250Mb) 1.mpg

Preview-T-262590468-12yr old PUEBLA MEXICANA girl_pthc pedo naked fuck_25.42(250Mb) 1.mpg

584) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-7740288-(PTHC) what mom&dad DON'T know, grandpa's understand_!! Spoils horny 8yo with BIG FUCK treat's in his attic_!! babyj r@ygold.mpg

Preview-T-7740288-(PTHC) what mom&dad DON'T know, grandpa's understand_!! Spoils horny 8yo with BIG FUCK treat's in his attic_!! babyj r@ygold.mpg

585) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-15581184-BabyJ-R@ck (55S) 5yo enjoys gentle fuck from very big dick (R@ygold Style RCA pedo 9yo Child sex).mpg

Preview-T-15581184-BabyJ-R@ck (55S) 5yo enjoys gentle fuck from very big dick (R@ygold Style RCA pedo 9yo Child sex).mpg

586) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-13261933-pthc - Pedo - 14yr girl sex.mpg

Preview-T-13261933-pthc - Pedo - 14yr girl sex.mpg

587) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-438836873-(Pthc) (Hussyfan) (Kingpass) (Vicky) (Lordofthering) (Moscow) (Liluplanet) (Nablot) (St Petersburg) (R@Ygold) (Babyshivid) Rca2(1).mpg

Preview-T-438836873-(Pthc) (Hussyfan) (Kingpass) (Vicky) (Lordofthering) (Moscow) (Liluplanet) (Nablot) (St Petersburg) (R@Ygold) (Babyshivid) Rca2(1).mpg

588) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-7740288-kdv rbv pthc cocuk porno kinder kiddy pedo porn bib cam webcam tecavuz ensest Incest (2).mpg

Preview-T-7740288-kdv rbv pthc cocuk porno kinder kiddy pedo porn bib cam webcam tecavuz ensest

Incest (2).mpg

589) Ohio\Generic built tower 120GB HDD\C\Documents and Settings\Richard\Incomplete \RASHD4ST7KGPJZZFZYUM23KQT7T546O5\www.nicky-model.net Part-1\100.rar

100.rar

590) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-96440342-Vicky beginning Pedo Child Porno Lolita.mpg

Preview-T-96440342-Vicky beginning Pedo Child Porno Lolita.mpg

591) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-82128400-(Pthc) 13Yo Boy 10Yo Sister Incest Brazil.mpg

Preview-T-82128400-(Pthc) 13Yo Boy 10Yo Sister Incest Brazil.mpg

592) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-61943812-r@ygold - pedo - 13yo brother fucks 11yo sister and sperm inside 61 943 812.mpg

Preview-T-61943812-r@ygold - pedo - 13yo brother fucks 11yo sister and sperm inside 61 943 812.mpg

593) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-112774436-!!! New!!! (Pthc) nina (7yo bj).mpg

Preview-T-112774436-!!!New!!! (Pthc) nina (7yo bj).mpg

594) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-12215579-PTHC Incest pedo - Mom fondles son.mpg

Preview-T-12215579-PTHC Incest pedo - Mom fondles son.mpg

595) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-124791828-kdv rbv Crimea (11m55s) -pthc awsome.mpg

Preview-T-124791828-kdv rbv Crimea (11m55s) -pthc awsome.mpg

596) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-18508336-W15 hidden cam real (spycam) young preteen 11yo virgin school girl masturbation home clip 3 tgp.mpg

Preview-T-18508336-W15 hidden cam real (spycam) young preteen 11yo virgin school girl masturbation home clip 3 tgp.mpg

597) Ohio\Generic built tower 120GB HDD\C\Recovered Folders\Incomplete\Preview-T-204150320-Hc 155

