**Exhibit 2**

| Crime | Statute | Applicable Sentencing Guideline | Statutory Sentence | Base Offense Level |
|---|---|---|---|---|
| **Murder in the first degree** | 18 U.S.C. § 1111 | U.S.S.G. § 2A1.1 | Death penalty or life in prison | 43 (life in prison) |
| **Murder in the second degree** | 18 U.S.C. § 1111 | U.S.S.G. § 2A1.2 | Up to life in prison | 38 (235-293 months) |
| **Voluntary manslaughter** | 18 U.S.C. § 1112 | U.S.S.G. § 2A1.3 | Up to 15 years | 29 (87-108 months) |
| **Involuntary manslaughter** | 18 U.S.C. § 1112 | U.S.S.G. § 2A1.4 | Up to 8 years | 12-22 (10-51 months) |
| **Forcible rape** | 18 U.S.C. §§ 2241(a)-(b), 2242 | U.S.S.G. § 2A3.1 | Up to life in prison | 30 (97-121 months) |
| **Child rape (under 12)** | 18 U.S.C. § 2241(c) | U.S.S.G. § 2A3.1 | Thirty years to life | 38 (235-293 months) |
| **Statutory rape (child aged 12-15)** | 18 U.S.C. § 2243 | U.S.S.G. § 2A3.2 | Up to 15 years | 18 (27-33 months) |
| **Enticement or transportation of a child** | 18 U.S.C. §§ 2422(b), 2423(a) | U.S.S.G. § 2G1.3 | Ten years to life | 28 (78-97 months |
| **Distribution of child pornography** | 18 U.S.C. §§ 2252(a), 2252A(a) | U.S.S.G. § 2G2.2 | 5 to 20 years | 22 (41-51 months) |
| **Receipt of child pornography (no intent to distribute)** | 18 U.S.C. §§ 2252(a), 2252A(a) | U.S.S.G. § 2G2.2 | 5 to 20 years | 20 (33-41 months) |
| **Viewing or possessing child pornography** | 18 U.S.C. §§ 2252(a), 2252A(a) | U.S.S.G. § 2G2.2 | Up to 10 years | 18 (27-33 months) |