# SENTENCES RELATIVE TO THE GUIDELINE RANGE BY EACH PRIMARY SENTENCING GUIDELINE (OPTION 2: FOUR CATEGORIES)[1]
## Fiscal Year: 2011

| Guideline | Total | Within Range | Above Range[2] | Gov't Sponsored Below Range | Non-Gov't Below Range[1] |
|---|---|---|---|---|---|
| §2A1.1 | 158 | 93 | 0 | 46 | 19 |
| §2A1.2 | 43 | 17 | 12 | 8 | 6 |
| §2A1.3 | 24 | 13 | 6 | 2 | 3 |
| §2A1.4 | 49 | 27 | 5 | 2 | 15 |
| §2A1.5 | 26 | 14 | 0 | 9 | 3 |
| §2A2.1 | 77 | 43 | 3 | 20 | 11 |
| §2A2.2 | 394 | 207 | 28 | 74 | 85 |
| §2A2.3 | 22 | 19 | 0 | 1 | 2 |
| §2A2.4 | 156 | 97 | 5 | 23 | 31 |
| §2A3.1 | 129 | 67 | 8 | 34 | 20 |
| §2A3.2 | 36 | 21 | 4 | 2 | 9 |
| §2A3.3 | 8 | 6 | 0 | 2 | 0 |
| §2A3.4 | 27 | 20 | 4 | 3 | 0 |
| §2A3.5 | 364 | 251 | 17 | 23 | 73 |
| §2A4.1 | 108 | 47 | 2 | 36 | 23 |
| §2A4.2 | 0 | 0 | 0 | 0 | 0 |
| §2A5.1 | 0 | 0 | 0 | 0 | 0 |
| §2A5.2 | 19 | 9 | 3 | 2 | 5 |
| §2A5.3 | 0 | 0 | 0 | 0 | 0 |
| §2A6.1 | 174 | 97 | 17 | 15 | 45 |
| §2A6.2 | 24 | 14 | 3 | 2 | 5 |
| §2B1.1 | 8,507 | 4,641 | 198 | 1,635 | 2,033 |
| §2B1.2 | 0 | 0 | 0 | 0 | 0 |
| §2B1.3 | 0 | 0 | 0 | 0 | 0 |
| §2B1.4 | 27 | 6 | 0 | 6 | 15 |
| §2B1.5 | 32 | 10 | 0 | 11 | 11 |
| §2B1.6[2] | -- | -- | -- | -- | -- |
| §2B2.1 | 80 | 54 | 6 | 11 | 9 |
| §2B2.2 | 0 | 0 | 0 | 0 | 0 |
| §2B2.3 | 19 | 18 | 1 | 0 | 0 |
| §2B3.1 | 1,799 | 964 | 87 | 394 | 354 |
| §2B3.2 | 52 | 18 | 0 | 16 | 18 |
| §2B3.3 | 14 | 7 | 1 | 2 | 4 |
| §2B4.1 | 59 | 26 | 0 | 19 | 14 |
| §2B5.1 | 555 | 355 | 9 | 88 | 103 |
| §2B5.2 | 0 | 0 | 0 | 0 | 0 |
| §2B5.3 | 173 | 38 | 1 | 65 | 69 |
| §2B5.4 | 0 | 0 | 0 | 0 | 0 |
| §2B6.1 | 29 | 8 | 2 | 8 | 11 |
| §2C1.1 | 292 | 90 | 7 | 115 | 80 |
| §2C1.2 | 30 | 9 | 1 | 16 | 4 |
| §2C1.3 | 10 | 10 | 0 | 0 | 0 |
| §2C1.4 | 0 | 0 | 0 | 0 | 0 |
| §2C1.5 | 0 | 0 | 0 | 0 | 0 |
| §2C1.6 | 0 | 0 | 0 | 0 | 0 |
| §2C1.7 | 6 | 1 | 0 | 3 | 2 |
| §2C1.8 | 5 | 0 | 0 | 3 | 2 |
| §2D1.1 | 24,215 | 11,225 | 240 | 8,216 | 4,534 |
| §2D1.2 | 749 | 534 | 11 | 107 | 97 |
| §2D1.3 | 0 | 0 | 0 | 0 | 0 |
| §2D1.4 | 0 | 0 | 0 | 0 | 0 |
| §2D1.5 | 7 | 1 | 0 | 5 | 1 |
| §2D1.6 | 0 | 0 | 0 | 0 | 0 |
| §2D1.7 | 2 | 2 | 0 | 0 | 0 |
| §2D1.8 | 38 | 15 | 0 | 12 | 11 |
| §2D1.9 | 0 | 0 | 0 | 0 | 0 |
| §2D1.10 | 5 | 3 | 0 | 1 | 1 |
| §2D1.11 | 307 | 61 | 0 | 126 | 120 |
| §2D1.12 | 12 | 7 | 0 | 5 | 0 |
| §2D1.13 | 1 | 1 | 0 | 0 | 0 |

# SENTENCES RELATIVE TO THE GUIDELINE RANGE BY EACH PRIMARY SENTENCING GUIDELINE (OPTION 2: FOUR CATEGORIES)[1]
## Fiscal Year: 2011

| Guideline | Total | Within Range | Above Range[2] | Gov't Sponsored Below Range | Non-Gov't Below Range[3] |
|---|---:|---:|---:|---:|---:|
| §2D1.14 | 1 | 0 | 0 | 1 | 0 |
| §2D2.1 | 241 | 214 | 14 | 5 | 8 |
| §2D2.2 | 57 | 50 | 1 | 1 | 5 |
| §2D2.3 | 0 | 0 | 0 | 0 | 0 |
| §2D3.1 | 1 | 1 | 0 | 0 | 0 |
| §2D3.2 | 0 | 0 | 0 | 0 | 0 |
| §2D3.3 | 0 | 0 | 0 | 0 | 0 |
| §2D3.4 | 0 | 0 | 0 | 0 | 0 |
| §2D3.5 | 0 | 0 | 0 | 0 | 0 |
| §2E1.1 | 36 | 14 | 2 | 6 | 14 |
| §2E1.2 | 1 | 1 | 0 | 0 | 0 |
| §2E1.3 | 6 | 2 | 0 | 2 | 2 |
| §2E1.4 | 10 | 6 | 0 | 3 | 1 |
| §2E1.5 | 0 | 0 | 0 | 0 | 0 |
| §2E2.1 | 24 | 7 | 0 | 12 | 5 |
| §2E3.1 | 81 | 45 | 3 | 19 | 14 |
| §2E3.2 | 0 | 0 | 0 | 0 | 0 |
| §2E3.3 | 0 | 0 | 0 | 0 | 0 |
| §2E4.1 | 30 | 10 | 1 | 7 | 12 |
| §2E5.1 | 12 | 2 | 0 | 8 | 2 |
| §2E5.2 | 0 | 0 | 0 | 0 | 0 |
| §2E5.3 | 8 | 7 | 0 | 0 | 1 |
| §2E5.4 | 0 | 0 | 0 | 0 | 0 |
| §2E5.5 | 0 | 0 | 0 | 0 | 0 |
| §2E5.6 | 0 | 0 | 0 | 0 | 0 |
| §2F1.1 | 57 | 11 | 2 | 33 | 11 |
| §2F1.2 | 1 | 0 | 0 | 1 | 0 |
| §2G1.1 | 37 | 21 | 1 | 7 | 8 |
| §2G1.2 | 0 | 0 | 0 | 0 | 0 |
| §2G1.3 | 222 | 119 | 16 | 46 | 41 |
| §2G2.1 | 231 | 117 | 13 | 46 | 55 |
| §2G2.2 | 1,645 | 540 | 24 | 290 | 791 |
| §2G2.3 | 0 | 0 | 0 | 0 | 0 |
| §2G2.4 | 4 | 0 | 0 | 0 | 4 |
| §2G2.5 | 1 | 1 | 0 | 0 | 0 |
| §2G2.6 | 12 | 6 | 0 | 6 | 0 |
| §2G3.1 | 24 | 13 | 0 | 2 | 9 |
| §2G3.2 | 0 | 0 | 0 | 0 | 0 |
| §2H1.1 | 47 | 23 | 0 | 10 | 14 |
| §2H1.2 | 0 | 0 | 0 | 0 | 0 |
| §2H1.3 | 0 | 0 | 0 | 0 | 0 |
| §2H1.4 | 0 | 0 | 0 | 0 | 0 |
| §2H1.5 | 0 | 0 | 0 | 0 | 0 |
| §2H2.1 | 7 | 4 | 0 | 1 | 2 |
| §2H3.1 | 10 | 7 | 0 | 3 | 0 |
| §2H3.2 | 0 | 0 | 0 | 0 | 0 |
| §2H3.3 | 7 | 7 | 0 | 0 | 0 |
| §2H4.1 | 13 | 8 | 0 | 3 | 2 |
| §2H4.2 | 0 | 0 | 0 | 0 | 0 |
| §2J1.1 | 0 | 0 | 0 | 0 | 0 |
| §2J1.2 | 138 | 48 | 5 | 38 | 47 |
| §2J1.3 | 47 | 16 | 2 | 15 | 14 |
| §2J1.4 | 18 | 15 | 2 | 0 | 1 |
| §2J1.5 | 0 | 0 | 0 | 0 | 0 |
| §2J1.6 | 73 | 48 | 5 | 7 | 13 |
| §2J1.7 | 0 | 0 | 0 | 0 | 0 |
| §2J1.8 | 0 | 0 | 0 | 0 | 0 |
| §2J1.9 | 0 | 0 | 0 | 0 | 0 |
| §2K1.1 | 5 | 5 | 0 | 0 | 0 |
| §2K1.2 | 0 | 0 | 0 | 0 | 0 |

# SENTENCES RELATIVE TO THE GUIDELINE RANGE BY EACH PRIMARY SENTENCING GUIDELINE (OPTION 2: FOUR CATEGORIES)[1]
## Fiscal Year: 2011

| Guideline | Total | Within Range | Above Range[2] | Gov't Sponsored Below Range | Non-Gov't Below Range[1] |
|---|---|---|---|---|---|
| §2K1.3 | 40 | 13 | 0 | 12 | 15 |
| §2K1.4 | 80 | 39 | 5 | 19 | 17 |
| §2K1.5 | 2 | 2 | 0 | 0 | 0 |
| §2K1.6 | 0 | 0 | 0 | 0 | 0 |
| §2K1.7 | 0 | 0 | 0 | 0 | 0 |
| §2K2.1 | 5,952 | 3,616 | 192 | 837 | 1,307 |
| §2K2.2 | 0 | 0 | 0 | 0 | 0 |
| §2K2.3 | 0 | 0 | 0 | 0 | 0 |
| §2K2.4[3] | -- | -- | -- | -- | -- |
| §2K2.5 | 13 | 9 | 4 | 0 | 0 |
| §2K2.6 | 4 | 2 | 1 | 1 | 0 |
| §2K3.1 | 0 | 0 | 0 | 0 | 0 |
| §2K3.2 | 0 | 0 | 0 | 0 | 0 |
| §2L1.1 | 2,575 | 1,419 | 44 | 785 | 327 |
| §2L1.2 | 21,481 | 11,538 | 342 | 6,922 | 2,679 |
| §2L1.3 | 0 | 0 | 0 | 0 | 0 |
| §2L2.1 | 313 | 178 | 10 | 60 | 65 |
| §2L2.2 | 1,373 | 1,153 | 36 | 58 | 126 |
| §2L2.3 | 0 | 0 | 0 | 0 | 0 |
| §2L2.4 | 0 | 0 | 0 | 0 | 0 |
| §2L2.5 | 0 | 0 | 0 | 0 | 0 |
| §2M1.1 | 0 | 0 | 0 | 0 | 0 |
| §2M2.1 | 0 | 0 | 0 | 0 | 0 |
| §2M2.2 | 0 | 0 | 0 | 0 | 0 |
| §2M2.3 | 0 | 0 | 0 | 0 | 0 |
| §2M2.4 | 0 | 0 | 0 | 0 | 0 |
| §2M3.1 | 1 | 0 | 0 | 0 | 1 |
| §2M3.2 | 0 | 0 | 0 | 0 | 0 |
| §2M3.3 | 1 | 0 | 1 | 0 | 0 |
| §2M3.4 | 0 | 0 | 0 | 0 | 0 |
| §2M3.5 | 0 | 0 | 0 | 0 | 0 |
| §2M3.6 | 0 | 0 | 0 | 0 | 0 |
| §2M3.7 | 0 | 0 | 0 | 0 | 0 |
| §2M3.8 | 0 | 0 | 0 | 0 | 0 |
| §2M3.9 | 0 | 0 | 0 | 0 | 0 |
| §2M4.1 | 0 | 0 | 0 | 0 | 0 |
| §2M5.1 | 4 | 0 | 0 | 2 | 2 |
| §2M5.2 | 126 | 74 | 3 | 29 | 20 |
| §2M5.3 | 16 | 7 | 0 | 4 | 5 |
| §2M6.1 | 6 | 2 | 0 | 1 | 3 |
| §2M6.2 | 0 | 0 | 0 | 0 | 0 |
| §2N1.1 | 5 | 0 | 0 | 2 | 3 |
| §2N1.2 | 0 | 0 | 0 | 0 | 0 |
| §2N1.3 | 0 | 0 | 0 | 0 | 0 |
| §2N2.1 | 33 | 32 | 0 | 1 | 0 |
| §2N3.1 | 0 | 0 | 0 | 0 | 0 |
| §2P1.1 | 238 | 177 | 9 | 15 | 37 |
| §2P1.2 | 125 | 94 | 3 | 18 | 10 |
| §2P1.3 | 10 | 10 | 0 | 0 | 0 |
| §2P1.4 | 0 | 0 | 0 | 0 | 0 |
| §2Q1.1 | 0 | 0 | 0 | 0 | 0 |
| §2Q1.2 | 40 | 10 | 2 | 9 | 19 |
| §2Q1.3 | 45 | 17 | 0 | 8 | 20 |
| §2Q1.4 | 0 | 0 | 0 | 0 | 0 |
| §2Q1.5 | 0 | 0 | 0 | 0 | 0 |
| §2Q1.6 | 0 | 0 | 0 | 0 | 0 |
| §2Q2.1 | 101 | 53 | 0 | 23 | 25 |
| §2Q2.2 | 0 | 0 | 0 | 0 | 0 |
| §2R1.1 | 7 | 1 | 1 | 3 | 2 |
| §2S1.1 | 976 | 291 | 14 | 404 | 267 |

## SENTENCES RELATIVE TO THE GUIDELINE RANGE BY EACH PRIMARY SENTENCING GUIDELINE (OPTION 2: FOUR CATEGORIES)[1]
### Fiscal Year: 2011

| Guideline | Total | Within Range | Above Range[2] | Gov't Sponsored Below Range | Non-Gov't Below Range[3] |
|---|---|---|---|---|---|
| §2S1.2 | 1 | 1 | 0 | 0 | 0 |
| §2S1.3 | 322 | 140 | 1 | 83 | 98 |
| §2S1.4 | 0 | 0 | 0 | 0 | 0 |
| §2T1.1 | 578 | 220 | 13 | 103 | 242 |
| §2T1.2 | 0 | 0 | 0 | 0 | 0 |
| §2T1.3 | 0 | 0 | 0 | 0 | 0 |
| §2T1.4 | 146 | 54 | 2 | 33 | 57 |
| §2T1.5 | 0 | 0 | 0 | 0 | 0 |
| §2T1.6 | 41 | 14 | 0 | 8 | 19 |
| §2T1.7 | 1 | 1 | 0 | 0 | 0 |
| §2T1.8 | 0 | 0 | 0 | 0 | 0 |
| §2T1.9 | 7 | 1 | 0 | 2 | 4 |
| §2T2.1 | 0 | 0 | 0 | 0 | 0 |
| §2T2.2 | 0 | 0 | 0 | 0 | 0 |
| §2T3.1 | 27 | 10 | 0 | 9 | 8 |
| §2T3.2 | 0 | 0 | 0 | 0 | 0 |
| §2T4.1 | 0 | 0 | 0 | 0 | 0 |
| §2X1.1 | 33 | 15 | 2 | 6 | 10 |
| §2X2.1 | 0 | 0 | 0 | 0 | 0 |
| §2X3.1 | 108 | 49 | 8 | 30 | 21 |
| §2X4.1 | 369 | 198 | 11 | 74 | 86 |
| §2X5.1 | 0 | 0 | 0 | 0 | 0 |
| §2X5.2 | 236 | 229 | 3 | 0 | 4 |
| §2X6.1 | 0 | 0 | 0 | 0 | 0 |
| §2X7.1 | 0 | 0 | 0 | 0 | 0 |
| §2X7.2 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | **77,406** | **40,203** | **1,479** | **21,301** | **14,423** |

[1] Of the 86,201 cases, 8,795 were excluded due to one or both of the following reasons: missing information from the submitted documents that prevented the comparison of the sentence and the guideline range (1,457) or missing guideline applied (8,695). Descriptions of variables used in this table are provided in Appendix A.

[2] In 834 cases, the defendant was convicted of one or more counts of violating 18 U.S.C. § 1028A. By statute, the punishment for this crime must be served consecutively to any other punishment, therefore, in these 834 cases the conviction for this crime did not affect the guideline calculation for the underlying offense.

[3] In 2,366 cases, the defendant was convicted of one or more counts of violating 18 U.S.C. § 924(c). By statute, the punishment for this crime must be served consecutively to any other punishment, therefore, in these 2,366 cases the conviction for this crime did not affect the guideline calculation for the underlying offense.

[4] See Tables 24-24B for a list of departure reasons comprising these categories.

[5] See Tables 25-25B for a list of departure reasons comprising these categories.

SOURCE: This was produced using the U.S. Sentencing Commission's Interactive Sourcebook (isb.ussc.gov) using the Commission's fiscal year 2011 Datafile, USSCFY2011.