# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 2, 2015

```
          FILED
       Jul 07, 2015
   DEBORAH S. HUNT, Clerk
```

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

    Re:  Richard Bistline
          v. United States
          No. 15-18
          (Your No. 14-3874)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on June 29, 2015 and placed on the docket July 2, 2015 as No. 15-18.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Erik  Fossum
      Case Analyst