# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 06, 2015

Mr. Richard W. Nagel
Southern District of Ohio at Columbus
85 Marconi Boulevard
Suite 260 U.S. Courthouse
Columbus, OH 43215-0000

        Re: Case No. 14-3874, *USA v. Richard Bistline*
            Originating Case No. : 2:09-cr-00085-1

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Cathryn Lovely for Laura Jones
                              Case Manager
                              Direct Dial No. 513-564-7023

cc: Mr. Benjamin C. Glassman
     Mr. Jonathan T. Tyack

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-3874
_____

Filed: October 06, 2015

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

RICHARD BISTLINE

        Defendant - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 03/31/2015 the mandate for this case hereby issues today.

COSTS:  None