# UNITED STATES DISTRICT COURT
# SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      **CASE NO.: 2:09-CR-085**
                              **JUDGE SMITH**

**RICHARD BISTLINE,**

      **Defendant.**

## ORDER

This Court sentenced the Defendant on August 27, 2014, and issued the Judgment and Statement of Reasons on September 3, 2014. Enforcement of the Judgment was stayed pending appeal. (*See* Judgment at 2, Doc. 79). Defendant appealed this matter to both the Sixth Circuit Court of Appeals and the United States Supreme Court. The Sixth Circuit affirmed the judgment of this Court and the Supreme Court denied the petition for writ of certiorari. Therefore, this Court's Judgment stands. The stay is therefore lifted. Defendant is permitted to self-surrender to the United States Marshal for this District or the institution designated by the Bureau of Prisons as notified by the United States Marshal, but no sooner than January 1, 2016.

      **IT IS SO ORDERED.**

                                                  */s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**